IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00221-ZLW

BRYAN MARTINEZ,

    Plaintiff,

v.

LONGMONT UNITED HOSPITAL,
EDWARD SMITH,
EVA BERARDELLI,
SEVERANCE B. KELLEY,
MARY LOU ACIMOVIC,
MARIANNA AMICARELLA,
RICARDO ESPARZA,
CASSANDRA REICH,
YVETTE KARANTOUNIS,
ALLEN DUNNING, and
WAYNE WITTENBERG,

    Defendants,

---

## MOTION FOR APPOINTED EFFECTIVE ASSISTANCE OF COUNCIL

---

    I have tried every attorney in the phonebook, the Martin dale Hubble, and referrals nobody will take my case and I have been looking for an attorney since the order.

    I am also requesting the address's to the committee on conduct, and the disciplinary panel, and internal affairs.

WHEREFORE, I ask that this court recognizes my disability and need for help. If there has been no miscarriage of justice, I would like them address's for my reference.

## ATTEMPTS TO LOCATE COUNSEL

These are the most recent attorneys I have contacted requesting representation in this matter.

Attorney: Walter L. Gerash     Date contacted: 4-18-06
Street Address: 1439 Court Pl
City: Denver     State: Co.
Zip Code: 80202     Telephone: 303-825-5400

Attorney: Wuthrich & Parr     Date contacted: 4-18-06
Street Address: 600 17th St. Suite 1200
City: Denver, Co.     State: Co.
Zip Code: 80202     Telephone: 303-623-5900

Attorney: Springer and Steinberg     Date contacted: 4-18-06
Street Address: 1600 Broadway Suite 1200
City: Denver, Co.     State: CO
Zip Code: 80202     Telephone: 303-861-2800

Attorney: Cain & Hayter     Date contacted: 4-18-06
Street Address: 3773 Cherry Creek N. drive suite 575
City: Denver     State: Co.
Zip Code: 80209     Telephone:

Attorney: Clifford Beam & Assoc.     Date contacted: 4-18-06
Street Address: The Equitable Building Suite 850, 730 17th st.
City: Denver Co.     State: Co.
Zip Code: 80202     Telephone: 303-894-8100

Date: 4-20-06

_____
(Plaintiff's Original Signature)

Subscribed and sworn to before me this 20th day of April, 2006

_____
(Notary Public)
1707 N Main St. Longmont Co 80501
(Address)

My commission expires: My Commission Expires: 05/11/2008
1707 N. Main St.
Longmont, CO 80501

[Notary seal: CALISTA RENKER, NOTARY PUBLIC, STATE OF COLORADO]