04- cv - 221 ZLW

  To the presiding judge: I don't have anybody to turn to and am asking you for some assistance. The city of Longmont and its professionals has bribed everybody close to me to bare false wittiness. Longmont PD is tampering with my mail, and evidence, planting evidence, falsifying information, adding charges on my record, they see the doctors getting away with it and figure they can to, they are invading my privacy, went to my old high school and has the staff refusing me character witness statements to the fact that the entire time I went there I had a perfect attendance and they never seen me hung over, drinking or on drugs, their changing my GPA, they have front range community college putting multiple F's on my transcripts I got one certificate then had to start working more hours and withdrew. Why would I pay and waste my time for F's? I apply myself when I am paying for higher education, they are getting into my bank account calling everyone on the bank statements to slander me and ask what kind of software I buy, hacking my computer using Lisa Vialpando to tell them how I am restoring my computer, asking Compass bank employees when I had an account there to call them every time I swiped my card to tell them where I am, and the bank falsifying information, has the bank, state (IRS), and several other entities sending me extortion letters, using my family, friends, and the state to block and refuse me to any information, false imprisoning me, using fear to intimidate, stalking me by having stores I go to call them when they see me and the RTD drivers telling them were I go, grand larceny from first main street bank aka centennial bank, conspiring to obstruct justice. The left cerebral cortex on my brain is the part that got damaged it effects memory and sight they over estimated how much of the memory is effected. I cannot remember instances, but the long-term memory is functional. I have the news paper clipping of me graduating on the honor role.
  I am writing this to you because I arrived to the conclusion that you might not know how sleazy these so called professionals from Longmont truly are. In addition I have exhausted all my resources and I want to know who I can report this to that will help me like a freedom of information officer for the therapists that will not give me there diagnostics with out a federally stamped order, Internal affairs, and an equal rights activist. some of the people I have asked for assistance, tell me it's not their responsibility. True, but it is their duty. It's mandatory to get old but optional to grow up.
  The LPD knows how to manipulate the system and cover everything up. Every deadline I miss is a result of the state never issuing me an advocate. This state only sends me to disability centers that only offers help for something I have already done, or they make sure they don't give me any new information or resources. They have cut me off of any finances. That just gives me another reason why it has taken me so long.

I would also like the addresses to the committee on conduct and the disaplanary pannel. I have exhausted all my remedies and the highest court now has jourasdiction. LPD is instructing the clerks not to give me any help. I want to know, "Are the judges getting [Bryan Martinez / 37 Gardner, Dr / Longmont, Co. 80501] my complaints?" The clerks have been conspiring with LPD. I am asking that you allow me a hearing.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2006

GREGORY C. LANGHAM
CLERK