IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-00221-ZLW

BRYAN MARTINEZ,

    Plaintiff,

v.

LONGMONT UNITED HOSPITAL,
EDWARD SMITH,
EVA BERARDELLI,
SEVERANCE B. KELLEY,
MARY LOU ACIMOVIC,
MARIANNA AMICARELLA,
RICARDO ESPARZA,
CASSANDRA REICH,
YVETTE KARANTOUNIS,
ALLEN DUNNING, and
WAYNE WITTENBERG,

    Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request for a hearing, which he makes in a letter to the Court filed on May 15, 2006, is DENIED because this action was dismissed by order filed on April 26, 2004.

Dated: May 16, 2006

Copies of this Minute Order were mailed on May 16, 2006, to the following:

Bryan Martinez
37 Gardner Dr.
Longmont, CO 80501

                            Secretary/Deputy Clerk